**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__SOUTHERN__ District of __TEXAS__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual            12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   HL BUILDERS, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   CD Homes, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   2402 Elmen Street
   Number    Street

   _____

   Houston                TX    77019
   City                   State   ZIP Code

   Harris
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____  _____ _____
   City                     State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____  _____ _____
   City                     State   ZIP Code

Debtor  HL BUILDERS, LLC  
Name

Case number (*if known*) _____

---

**6. Debtor's website** (URL)  _____

---

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [ ] No
- [x] Yes.  
  Debtor: Houtex Builders, LLC   Relationship: Affiliate  
  District: Southern District of Texas   Date filed: 08/23/2018   Case number, if known: 18-34658

  Debtor: 415 Shadywood, LLC   Relationship: Affiliate  
  District: Southern District of Texas   Date filed: 08/23/2018   Case number, if known: 18-34659

  Debtor: 2203 Looscan Lane, LLC   Relationship: Affiliate  
  District: Southern District of Texas   Date filed: 08/23/2018   Case number, if known: 18-34660

---

**Part 3:   Report About the Case**

**10. Venue**

*Check one:*
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205   Involuntary Petition Against a Non-Individual   page 2

Debtor    HL BUILDERS, LLC
          Name                                                                   Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| HouTex Builders, LLC | Breach of Contract | $ 1,874,232.54 |
| 415 Shadywood, LLC | Breach of Contract | $ 20,000 |
| 2203 Looscan Lane, LLC | Breach of Contract | $ 406,323.41 |
| | Total of petitioners' claims | $ 2,300,555.95 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

HOUTEX BUILDERS, LLC
Name

17 Courtlandt Place
Number    Street

Houston                   TX         77006
City                      State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/20/2019
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Charles M. Rubio
Printed name

Diamond McCarthy LLP
Firm name, if any

909 Fannin, Suite 3700
Number    Street

Houton                    TX         77010
City                      State      ZIP Code

Contact phone  713-333-5100    Email crubio@diamondmccarthy.com

Bar number     24083768

State          TX

X /s/ Charles M. Rubio
Signature of attorney

Date signed    05 / 20 / 2019
               MM / DD / YYYY

Debtor  HL BUILDERS, LLC
         Name                                           Case number (if known) _____

**Name and mailing address of petitioner**

415 SHADYWOOD, LLC
Name

17 Courtlandt Place
Number  Street

Houston         TX        77006
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/20/2019
             MM / DD / YYYY

✗ /s/ Wade V. Foster, Manager
Signature of petitioner or representative, including representative's title

Charles M. Rubio
Printed name

Diamond McCarthy LLP
Firm name, if any

909 Fannin, Suite 3700
Number  Street

Houton          TX        77010
City            State     ZIP Code

Contact phone  713-333-5100   Email crubio@diamondmccarthy.com

Bar number  24083768

State  TX

✗ /s/ Charles M. Rubio
Signature of attorney

Date signed  05 / 20 / 2019
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

2203 LOOSCAN LANE, LLC
Name

17 Courtlandt Place
Number  Street

Houston         TX        77006
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/20/2019
             MM / DD / YYYY

✗ /s/ Wade V. Foster, Manager
Signature of petitioner or representative, including representative's title

Charles M. Rubio
Printed name

Diamond McCarthy LLP
Firm name, if any

909 Fannin, Suite 3700
Number  Street

Houton          TX        77010
City            State     ZIP Code

Contact phone  713-333-5100   Email crubio@diamondmccarthy.com

Bar number  24083768

State  TX

✗ /s/ Charles M. Rubio
Signature of attorney

Date signed  05 / 20 / 2019
             MM / DD / YYYY