**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **HL BUILDERS, LLC f/k/a** | § | **Case No. 19-32825** |
| **CD HOMES, LLC,** | § | |
| | § | **(Chapter 11)** |
| Debtor. | § | |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Motion[1] filed by Houtex Builders, LLC ("Houtex Builders"), 2203 Looscan, LLC ("Looscan") and 415 Shadywood, LLC ("Shadywood" and together with Houtex Builders and Looscan, the "Petitioning Creditors") for entry of an order consolidating the administration of the HL Builders' chapter 11 bankruptcy case with the Petitioning Creditors' chapter 11 bankruptcy cases for procedural purposes only, all as more fully set forth in the Motion; and the court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings before the Court in connection the Motion, it is HEREBY ORDERED THAT:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

1.    The above-captioned Chapter 11 Case shall be jointly administered for procedural purposes only with the chapter 11 bankruptcy cases of Houtex Builders, Looscan and Shadywood as follows.  Additionally, the following items are ordered:

    a.    Case Nos. __-_____ and 18-34658 shall be transferred to Judge Norman, who has the lowest-numbered case.

    b.    Parties may request joint hearings on matters pending in any of the jointly administered cases.

    c.    The U.S. Trustee shall conduct joint informal meetings with HL Builders, as required, and a joint first meeting of creditors.

    d.    Proofs of claim filed by creditors of HL Builders shall reflect the caption and case number of HL Builders.  Creditors must file proofs of claim in the individual chapter 11 case of the debtor against which the claim is made.

    e.    A separate claims register shall be maintained for HL Builders.

2.    The Court shall maintain one file and one docket for all of the jointly administered cases under the case of Houtex Builders, LLC and administer these Chapter 11 Cases under a consolidation caption as follows:

| | | |
|---|---|---|
| **In re:** | § § § | **Case No. 18-34658** |
| **HOUTEX BUILDERS, LLC, _et al.,_**[2] | § § § | **Jointly Administered** |
| **Debtors** | § § § | **(Chapter 11)** |

3.    The foregoing caption satisfies the requirements set forth in § 342(c)(1) of the Bankruptcy Code.

4.    A notation substantially similar to the following shall be entered on each of the respective chapter 11 dockets to reflect the joint administration of these Chapter 11 Cases:

---

[2]    The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Houtex Builders, LLC (2111), 2203 Looscan, LLC (1418) and 415 Shadywood, LLC (7627).

An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing the joint administration of the chapter 11 cases of HL Builders LLC with the jointly administered bankruptcy cases of Houtex Builders, LLC, 2203 Looscan, LLC and 415 Shadywood, LLC.  **The docket in Case No. 18-34658 should be consulted for all matters affecting the case.  All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, the chapter 11 case of Houtex Builders, LLC, Case No. 18-34658.  However, creditors must file proofs of claim in the individual chapter 11 case of the Debtor against which the claim is made.**

5.      The Trustee shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for the HL Builders chapter 11 cases together with the chapter 11 bankruptcy cases of Houtex Builders, Looscan and Shadywood.

6.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the HL Builders chapter 11 case with the chapter 11 cases of Houtex Builders, Looscan and Shadywood, provided, however, this Order shall be without prejudice to the rights of any debtor including HL Builders, Houtex Builders, Looscan and Shadywood to seek entry of an Order substantively consolidating the cases.

7.      HL Builders, Houtex Builders, Looscan and Shadywood are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2018

_____
**UNITED STATES BANKRUPTCY JUDGE**