IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HL BUILDERS, LLC f/k/a | § | CASE NO. 19-32825 |
| CD HOMES, LLC, | § | |
| | § | (Involuntary Chapter 11) |
| ALLEGED DEBTOR | § | |

### ANSWER TO INVOLUNTARY PETITION

TO THE HONORABLE EDUARDO V. RODRIGUEZ,
UNITED STATES BANKRUPTCY JUDGE:

Comes now, HL Builders, LLC f/k/a CD Homes, LLC, the Alleged Debtor herein (the "Alleged Debtor") and files this Answer to the Involuntary Petition (the "Petition") filed by Petitioning Creditors HouTex Builders, LLC, 415 Shadywood, LLC, and 2203 Looscan Lane, LLC (the "Petitioning Creditors"), and in support thereof, would respectfully show this Court as follows:

1. Alleged Debtor admits the allegations contained in No. 1 of the Petitioning Creditors' Petition.

2. Alleged Debtor admits the allegations contained in No. 2 of the Petitioning Creditors' Petition.

3. Alleged Debtor admits the allegations contained in No. 3 of the Petitioning Creditors' Petition.

4. Alleged Debtor would show that its federal Employer Identification (EIN) is 43-2108992.

5. Alleged Debtor admits the allegations contained in No. 5 of the Petitioning Creditors' Petition.

6. Alleged Debtor is without sufficient information to either admit or deny the allegations contained in Paragraph 6 of the Petitioning Creditors' Petition. Therefore, for pleading purposes, those allegations are denied.

7. Alleged Debtor admits the allegations contained in No. 7 of the Petitioning Creditors' Petition.

8. Alleged Debtor admits the allegations contained in No. 8 of the Petitioning Creditors' Petition.

9. Alleged Debtor denies the allegations contained in No. 9 of the Petitioning Creditors' Petition.

10. Alleged Debtor admits the allegations contained in No. 10 of the Petitioning Creditors' Petition.

11. Alleged Debtor denies the allegations contained in No. 11 of the Petitioning Creditors' Petition.

12. Alleged Debtor is without sufficient information to either admit or deny the allegations contained in No. 12 of the Petitioning Creditors' Petition. Therefore, for pleading purposes, those allegations are denied.

13. Alleged Debtor denies the allegations contained in No. 13 of the Petitioning Creditors' Petition. For further answer, the claims alleged by Petitioning Creditors are absolutely disputed.

WHEREFORE, PREMISES CONSIDERED, Alleged Debtor prays that the Court deny, dismiss. and award appropriate damages against Petitioning Creditors and all officers, agents, and attorneys for the damages sustained by the Alleged Debtor.

Dated: June 11, 2019

          Respectfully submitted,

          FUQUA & ASSOCIATES, PC

BY:    /s/ Richard L. Fuqua
      Richard L. Fuqua
      State Bar No. 07552300
      5005 Riverway, Suite 250
      Houston, TX 77056

(713) 960-0277
(713) 960-1064 facsimile
rlfuqua@fuqualegal.com
COUNSEL FOR Alleged Debtor

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Charles Rubio, Movants' counsel, in a good faith attempt to resolve the dispute which is the subject of Movants' Motion. At this time, a hearing is required.

/s/ Richard L. Fuqua
Richard L. Fuqua

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response was forwarded by email on June 11, 2019 to the parties listed below and to all parties registered to received notices by ECF.

Charles M. Rubio
Michael D. Fritz
Diamond McCarthy LLP
909 Fannin, Suite 3700
Houston, TX 77010

Ross Spence
Carolyn Carollo
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019

/s/ Richard L. Fuqua
Richard L. Fuqua