

ENTERED
06/18/2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HL BUILDERS, LLC; aka CD HOMES, LLC | § | CASE NO: 19-32825 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

### ORDER SETTING EVIDENTIARY HEARING

An evidentiary hearing on Chapter 11 Involuntary Petition Against a Non-Individual, [ECF No. 1], shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #401, 515 Rusk Street, Houston, Texas, 77002 on July 16, 2019 at 8:30 a.m. (Central Standard Time).

Within two business days of receipt of this Order, the movant shall serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED 06/18/2019.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge