UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | |
| | | Case No. 19-32825 |
| HL BUILDERS, LLC; aka | | |
| CD HOMES LLC | | Chapter 11 |
| | | |
| DEBTOR. | | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that an evidentiary hearing regarding the *Involuntary Petition Against Non-Individual* [ECF No. 1] filed by Houtex Builders, LLC; 2203 Looscan Lane, LLC; and 415 Shadywood, LLC (collectively, the "Petitioners") will be held on **Tuesday, July 16, 2019 at 8:30 a.m.** (CST) at the United States Bankruptcy Court, 515 Rusk Street, Courtroom #401, Houston, Texas 77002.

Dated: June 20, 2019

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Michael D. Fritz
TBA No. 24083029
mfritz@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel to the Petitioners*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2019, a true and correct copy of the foregoing notice was served by electronic transmission to all parties registered to receive notice through the CM/ECF system.

*/s/ Charles Rubio*
Charles M. Rubio
