## ALLEGED DEBTOR HL BUILDERS, LLC'S WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Case No:19-32825 (Chapter 11 Involuntary) | Name of Debtor: HL Builders, LLC, Alleged Debtor |
| | |
| | |
| Witnesses: | |
| Robert Parker | Judge: Eduardo V. Rodriguez |
| Anna Williams | Hearing Date: July 16, 2019 |
| Any witness designated by any other party | Hearing Time: 8:30 a.m. |
| | Party's Name: HL Builders, LLC |
| | Attorney's Name: Richard L. Fuqua |
| | Attorney's Phone: (713) 960-0277 |
| | Nature of Proceeding: Involuntary Petition filed by Houtex Builders, LLC; 2203 Looscan Lane, LLC and 414 Shadywood, LLC [Doc. No. 1]; Emergency Motion of Petitioning Creditors Houtex Builders, LLC, 415 Shadywood, LLC, and 2203 Looscan Lane, LLC for Joint Administration of Cases [Doc. No. 2]; Emergency Motion of Petitioning Creditors Houtex Builders, LLC, 415 Shadywood, LLC, and 2203 Looscan Lane, LLC to Appoint a Chapter 11 Trustee [Doc. No. 3] |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Proof of Claim No. 12-1 filed 12/26/18 by CD Homes, LLC in HouTex Builders, LLC, Case No. 18-34658 | | | | |
| 2 | Proof of Claim No. 13-1 filed 12/26/18 by CD Homes, LLC in HouTex Builders, LLC, Case No. 18-34658 | | | | |
| 3 | Proof of Claim No. 16-1 filed 12/31/18 by CD Homes, LLC in HouTex Builders, LLC, Case No. 18-34658 | | | | |
| 4 | Proof of Claim No. 3-1 filed 12/26/18 by CD Homes, LLC in 2203 Looscan | | | | |

|    |                                                                                                      |  |  |  |  |
|----|------------------------------------------------------------------------------------------------------|--|--|--|--|
|    | Lane, LLC, Case No. 18-34660                                                                         |  |  |  |  |
| 5  | Proof of Claim No. 4-1 filed 12/26/18 by CD Homes, LLC in 2203 Looscan Lane, LLC, Case No. 18-34660  |  |  |  |  |
| 6  | Proof of Claim No. 4-1 filed 12/26/18 by CD Homes, LLC in 415 Shadywood, LLC, Case No. 18-34659      |  |  |  |  |
| 7  | Proof of Claim No. 5-1 filed 12/26/18 by CD Homes, LLC in 415 Shadywood, LLC, Case No. 18-34659      |  |  |  |  |
| 8  | Proof of Claim No. 6-1 filed 12/26/18 by CD Homes, LLC in 415 Shadywood, LLC, Case No. 18-34659      |  |  |  |  |
| 9  | Proof of Claim No. 7-1 filed 12/26/18 by CD Homes, LLC in 415 Shadywood, LLC, Case No. 18-34659      |  |  |  |  |
| 10 | Summary of Sources and Uses of Funds                                                                 |  |  |  |  |
| 11 | Summary of Sources and Uses of Funds                                                                 |  |  |  |  |
|    |                                                                                                      |  |  |  |  |
|    |                                                                                                      |  |  |  |  |
|    |                                                                                                      |  |  |  |  |
|    |                                                                                                      |  |  |  |  |
|    |                                                                                                      |  |  |  |  |

FUQUA & ASSOCIATES, PC

BY:   /s/ Richard L. Fuqua
      Richard L. Fuqua
      State Bar No. 075522300
      5005 Riverway, Suite 250
      Houston, TX 77056
      (713) 960-0277 Telephone
      (713) 960-1064 Facsimile
      RLFuqua@FuquaLegal.com

      COUNSEL FOR CD HOMES, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that at true and correct copy of the foregoing was served on the parties listed below in the manner specified and by ECF on all parties eligible to receive notice on this the 12th day of July, 2019.

| | |
|---|---|
| Charles M. Rubio | Via email: *crubio@diamondmccarthy.com* |
| Michael D. Fritz | Via email: *mfritz@diamondmccarthy.com* |
| Diamond McCarthy, LLP | |
| 909 Fannin, 37th Floor | |
| Houston, TX 77010 | |

                                            */s/ Richard L. Fuqua*
                                            Richard L. Fuqua