

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/18/2020

| | | |
|---|---|---|
| IN RE: | § | |
| HL BUILDERS, LLC; aka CD HOMES, LLC | § | CASE NO: 19-32825 |
|     Target Debtor | § | |
| | § | CHAPTER 11 |

## JUDGMENT

Pending before the Court is an involuntary petition filed on May 20, 2019 by HOUTEX Builders, LLC, 2203 Looscan Lane, LLC, and 415 Shadywood, LLC, (collectively, "*Petitioning Creditors*") against HL Builders, LLC, formally known as CD Homes, LLC.[1] The involuntary petition was subsequently amended on July 11, 2019, and is currently the live pleading before the Court ("*Amended Involuntary Petition*").[2]  This Court conducted a trial over three days commencing July 16, 2019, and concluding on August 20, 2019.  For the reasons stated in the accompanying Memorandum Opinion it is therefore:

**ORDERED** that

1. The Amended Involuntary Petition is DISMISSED;[3]

2. HL Builders, LLC's counsel is invited to file an application for reasonable and necessary attorney's fees and costs within thirty (30) days of the entry of this Judgment;

3. Damages pursuant to 11 U.S.C. § 303(i)(2) are DENIED;

4. Petitioning Creditors' Emergency Motion for Joint Administration of Cases is DENIED as MOOT;[4]

5. Petitioning Creditors' Emergency Motion to Appoint a Chapter 11 Trustee is DENIED as MOOT;[5] and

6. This is a final judgment.

SIGNED 02/18/2020.

                                                      Eduardo V. Rodriguez
                                                    United States Bankruptcy Judge

---

[1] ECF No. 1.
[2] ECF No. 23.
[3] *Id.*
[4] ECF No. 2.
[5] ECF No. 3.