

ENTERED
03/30/2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HL BUILDERS, LLC; aka CD HOMES, LLC | § | CASE NO: 19-32825 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER

Pending before the Court is Fuqua and Associates PC's Application and Compensation scheduled to be heard on April 15, 2020.[1]  It is therefore

**ORDERED:** that

1. The April 15, 2020 hearing is terminated.
2. Within two business days of receipt of this Order, Plaintiff must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED 03/30/2020.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

---

[1] ECF No. 56.