# Appendix A

# Block-Billed Time Entries

| Date | Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/21/2019 | REVIEW THE INVOLUNTARY BANKRUPTCY PETITION AND VARIOUS MOTIONS: TELECONFERENCE WITH BOB AND ANNA REGARDING THE INVOLUNTARY BANKRUPTCY PETITION | RLF | 3.00 | $500.00 | $1,500.00 |
| 5/22/2019 | REVIEW FILES ON INVOLUNTARY BANKRUPTCY; DICTATE LETTER TO RUBIO | RLF | 0.75 | $500.00 | $375.00 |
| 6/5/2019 | REVIEW RLF'S NOTES TO DOCKET ENTRIES REGARDING HEARING TRANSCRIPTS; PREPARATION OF HEARING TRANSCRIPT ORDERS AND FORWARD SAME TO COURT | TJO | 1.00 | $95.00 | $95.00 |
| 6/11/2019 | CONFERENCE WITH BOB PARKER REGARDING RESPONSES; WORK ON RESPONSES TO MOTION; TELECONFERENCE WITH CHARLES RUBIO REGARDING RESPONSES AND NEED FOR A HEARING | RLF | 2.50 | $500.00 | $1,250.00 |
| 6/28/2019 | CONFER WITH RICHARD FUQUA REGARDING DEPOSITION OF PETITIONING CREDITORS; PREPARE NOTICE OF DEPOSITION OF PETITION CREDITORS REPRESENTATIVE WITH DOCUMENT REQUEST | MAB | 1.00 | $350.00 | $350.00 |
| 6/29/2019 | REVIEW DOCUMENTS; REVIEW PRIOR BOB PARKER TESTIMONY; TELECONFERENCE WITH JOHN MCFARLAND REGARDING THE COURT'S PRIOR ORDER | RLF | 1.00 | $500.00 | $500.00 |
| 7/3/2020 | TELEPHONE CONFERENCE WITH CINDY AT WORLDWIDE COURT REPORTERS REGAGRDING DEPOSITION OF CHARLES FOSTER SCHEDULED FOR JULY 9, 2019; PREPARATION OF AMENDED NOTICE DEPOSITION OF CHARLES FOSTER | TJO | 0.40 | $95.00 | $38.00 |
| 7/8/2019 | TELECONFERENCE WITH BOB REGARDING PREPARATION FOR THE FOSTER DEPOSITION; REVIEW MY NOTES WITH BOB FOR APPROACH TO FOSTER DEPOSITION | RLF | 1.50 | $500.00 | $750.00 |
| 7/9/2020 | CONFERENCE WITH BOB PRE-DEPOSITION OF CHARLES FOSTER; ATTEND DEPOSITION OF CHARLES FOSTER | RLF | 5.00 | $500.00 | $2,500.00 |

1

| Date | Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/10/2019 | PREPARATION OF WITNESS AND EXHIBIT LIST FOR JULY 16TH HEARING ON INVOLUNTARY; REVIEW JUDGE'S CALENDAR FOR JULY 16TH AND UPDATE FILE | TJO | 0.50 | $95.00 | $47.50 |
| 7/11/2019 | EMAIL COPIES OF WITNESS & EXHIBIT LIST AND EXHIBITS TO BOB PARKER FOR REVIEW; TELEPHONE CONFERENCES WITH BOB PARKER REGARDIGN EXHIBITS FOR EVIDENTIARY HEARING ON INVOLUNTARY | TJO | 0.50 | $95.00 | $47.50 |
| 7/11/2019 | REVISE WITNESS AND EXHIBIT LIST; REVIEW PROOFS OF CLAIM FILED BY CD HOMES, LLC IN HOUTEX, SHADYWOOD AND LOOSCAN LANE CHPT 11 CASES | TJO | 0.70 | $95.00 | $66.50 |
| 7/12/2019 | REQUEST FOR AND BEGIN REVIEW OF PETITIONING CREDITORS TRIAL EXHIBITS | RLF | 1.50 | $500.00 | $750.00 |
| 7/12/2019 | ASSEMBLE EXHIBITS AND E-FILE WITNESS & EXHIBIT LIST WITH COURT; AND FORWARD COPIES OF SAME TOGETHER WITH EXHIBITS TO COUNSEL FOR PETITIONING CREDITORS; | TJO | 2.00 | $95.00 | $190.00 |
| 7/15/2020 | TRIAL PREPARATION, COMPILE AND REVIEW EXHIBITS, REVIEW PLEADINGS, ANALYZE VARIOUS APPROACHES | RLF | 4.00 | $500.00 | $2,000.00 |
| 7/17/2019 | REVIEW JUDGE RODRIGUEZ'S PROCEDURES FOR DELIVERY OF HL BUILDERS EXHIBITS FROM JULY 16, 2019 HEARING: PREPARATION OF CD CONTAINING EXHIBITS AND LETTER TO CASE MANAGEMENT REGARDING SAME | TJO | 1.00 | $95.00 | $95.00 |
| 7/19/2019 | CONFERENCE WITH BOB, ANNA AND JOHN MCFARLAND REGARDING OUR DEFENSE OF INVOLUNTARY PETITION; REQUESTS TO RECOVER DAMAGES FROM THE INVOLUNTARY PARTIES IF WE WIN | RLF | 3.00 | $500.00 | $1,500.00 |
| 8/12/2019 | TELECONFERENCE WITH BOB REGARDING UPCOMING HEARING; BEGIN PREPARATION FOR HEARING' READ ALL CHARLES FOSTER TRANSCRITS | RLF | 3.00 | $500.00 | $1,500.00 |
| 8/13/2019 | FINISH REVIEW OF PRIOR INVOLUNTARY HEARING RECORD; CONFERENCE WITH BOB REGARDING OUR APPROACH GOING FORRWRAD AND ADDRESS OPEN ISSUES; BEGIN PREPARING BOB AS A WITNESS | RLF | 3.50 | $500.00 | $1,750.00 |

| 8/15/2019 | REVIEW COURTROOM MINUTES OF 8/15/19 HEARING; CALENDAR RESUMED HEARING DATE FOR 8/20/19 | TJO | 0.20 | $95.00 | $19.00 |
|---|---|---|---|---|---|
| 8/15/2019 | PREPARATION OF DAILY TRANSCRIPT ORDER REGARDING 8/15/19 HEARING ON INVOLUNTARY; SUBMISSION OF SAME TO COURT CLERK FOR DOCKETING AND FORWARDING TRANSCRIPTION SERVICE | TJO | 0.30 | $95.00 | $28.50 |
| 8/16/2019 | TELEPHONE CONFERENCE WITH BOB PARKER REGARDING TRANSCRIPT; REVIEW COURT DOCKET REGARDING SAME | TJO | 0.20 | $95.00 | $19.00 |
| 8/19/2019 | TELEPHONE CONFERENCE WITH DION AT VERITEXT TRANSCRIPTION SERVICE REGARDING STATUS OF TRANSCRIPT; TELEPHONE CONFERENCE WITH BOB PARKER REGARDING SAME; FORWARD EMAI FROM VERITEXT TO RLF AND BOB PARKER REGARDING ESTIMATED TIME OF COMPLETION | TJO | 0.30 | $95.00 | $28.50 |
| 8/20/2019 | OFFICE CONFERENCE WITH BOB TO PREPARE FOR CONTINUED INVOLUNTARY TRIAL; ATTEND TRIAL | RLF | 8.00 | $500.00 | $4,000.00 |
| 8/20/2019 | PREPARATION OF EXHIBIT LIST AND COPY EXHIBITS FOR 8/20/19 HEARING ON INVOLUNTARY | TJO | 0.80 | $95.00 | $76.00 |
| 8/21/2019 | REVIEW COURTROOM MINUTES FROM 8/20/19 HEARING AND CALENDAR BRIEFING DEADLINES | TJO | 0.30 | $95.00 | $28.50 |
| 8/21/2019 | PREPARATION OF TRANSCRIPT ORDER OF HEARING HELD 8/20/19; UPLOAD SAME TO COURT | TJO | 0.30 | $95.00 | $28.50 |
| 9/4/2019 | CONFER WITH RICHARD FUQUA; RESEARCH INVOLUNTARY PETITION JURISDICTIONAL REQUIREMENTS AND BURDEN OF PROOF REGARDING BAD FAITH FILING | MAB | 1.50 | $350.00 | $525.00 |
| 9/6/2019 | CONFER WITH RICHARD FUQUA; RESEARCH REGARDING STATUTE OF FRAUDS WITH RESPECT TO MODIFICATION OF HOU-TEX INVESTOR AND CONTRACTOR AGREEMENTS; RECEIPT AND REVIEW OF HOU-TEX BRIEF IN SUPPORT OF INVOLUNTARY PETITION | MAB | 2.50 | $350.00 | $875.00 |
| 9/9/2019 | RESEARCH SECTION 303 INVOLUNTARY PETITION AGAINST ALLEGED DEBTOR; REVIEW TRIAL AND DEPOSITION TRANSCRIPTS FOR HEARING RE: HOU-TEX FILING INVOLUNTARY PETITION AGAINST CD HOMES | MAB | 7.20 | $350.00 | $2,520.00 |

| Date | Description | Initials | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/10/2019 | BEGIN PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES BRIEF | MAB | 5.80 | $350.00 | $2,030.00 |
| 9/10/2019 | TELECONFERENCE WITH JOHN MCFARLAND REGARDING HIS ANALYSIS OF THE BRIEFING ISSUES; WORK ON THE ISSUES FOR OUR PRELIMINARY RESPONSE | RLF | 1.00 | $500.00 | $500.00 |
| 9/11/2019 | CONTINUED REVIEW OF AND PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES BRIEF; REVIEW HEARING TRANSCRIPTS RE: HOU-TEX INVOLUNTARY PETITION AGAINST CD HOMES | MAB | 6.00 | $350.00 | $2,100.00 |
| 9/12/2019 | CONTINUED REVIEW OF AND PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES; REVIEW HEARING TRANSCRIPTS RE; HOU-TEX INVOLUNTARY PETITION AGAINST CD HOMES | MAB | 5.50 | $350.00 | $1,925.00 |
| 9/13/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOLMES 'BRIEF; REIVEW HEARING TRANSCRIPTS RE: HOU-TEX FILING INVOLUNTARY PETITION AGAINST CD HOMES | MAB | 7.00 | $350.00 | $2,450.00 |
| 9/16/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITONING CREDITORS BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES BRIEF | MAB | 4.00 | $350.00 | $1,400.00 |
| 9/17/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES' BRIEF | MAB | 5.50 | $350.00 | $1,925.00 |
| 9/18/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES BRIEF | MAB | 4.50 | $350.00 | $1,575.00 |

| 9/18/2019 | REVIEW AND EDIT THE BRIEF; CONFERENCE WITH MA BARTEE, TJ AND SHARON REGARDING THE BRIEF; TELECONFERENCE WITH BOB ABOUT THE BRIEF | RLF | 2.00 | $500.00 | $1,000.00 |
|---|---|---|---|---|---|
| 9/19/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION | MAB | 2.25 | $350.00 | $787.50 |
| 9/19/2020 | TELECONFERENCE WITH BOB REGARDING THE BRIEF; CONTINUED WORKING ON EDITING THE BRIEF | RLF | 1.50 | $500.00 | $750.00 |
| 9/23/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BREIF IN SUPPORT OF INVOLUNTARY PETITION AND PREPARE FINDINGS OF FACT AND CONCLUSIONS OF LAW | MAB | 6.70 | $350.00 | $2,345.00 |
| 9/26/2019 | TELECONFERENCE WITH BOB; READ THE BRIEF AND FINDINGS OF FACT; EDIT BRIEF AND FINDINGS OF FACT; CONFERENCE WITH MA BARTEE REGARDING THE BRIEF | RLF | 2.00 | $500.00 | $1,000.00 |
| | **Totals:** | | 111.20 | | $43,240.00 |