**TARGET DEBTOR HL BUILDERS, LLC;**
**AND FUQUA & ASSOCIATES, P.C., ATTORNEY FOR TARGET DEBTOR'S**
**WITNESS AND EXHIBIT LIST**

<table>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION</td></tr>
<tr><td>Case No:19-32825 (Chapter 11 Involuntary)</td><td>Name of Debtor: HL Builders, LLC, Target Debtor</td></tr>
<tr><td></td><td></td></tr>
<tr><td></td><td></td></tr>
<tr><td>Witnesses:</td><td></td></tr>
<tr><td>Richard L. Fuqua</td><td>Judge: Eduardo V. Rodriguez</td></tr>
<tr><td>Any witness designated by any other party</td><td>Hearing Date: June 10, 2020</td></tr>
<tr><td></td><td>Hearing Time: 10:00 a.m.</td></tr>
<tr><td></td><td>Party's Name: HL Builders, LLC f/k/a CD Homes, LLC; and Fuqua & Associates, P.C. as Attorney for Target Debtor</td></tr>
<tr><td></td><td>Attorney's Name:  Richard L. Fuqua</td></tr>
<tr><td></td><td>Attorney's Phone: (713) 960-0277</td></tr>
<tr><td></td><td>Nature of Proceeding:<br>Application for Attorney's Fees And Costs Upon Dismissal of Involuntary Petition Pursuant to 11 U.S.C. § 303 (i)(1) [Doc. No. 56]</td></tr>
<tr><td></td><td></td></tr>
</table>

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Application For Attorney's Fees And Costs Upon Dismissal of Involuntary Petition Pursuant to 11 U.S.C. § 303(i)(1) [Doc. No. 56] | | | | |
| 2 | *Curriculum Vitae* of Richard Lee Fuqua, II | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FUQUA & ASSOCIATES, P.C.

BY:    */s/ Richard L. Fuqua*
       Richard L. Fuqua
       State Bar No. 075522300
       8558 Katy Freeway, Suite 119
       Houston, TX 77024
       (713) 960-0277 Telephone
       (713) 960-1064 Facsimile
       RLFuqua@FuquaLegal.com

       COUNSEL FOR HL BUILDERS, LLC
       f/k/a CD HOMES, LLC;  and
       FUQUA & ASSOCIATES, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that at true and correct copy of the foregoing was served on the parties listed below in the manner specified on the 8th day of June, 2020.

Charles M. Rubio           Via email: *crubio@diamondmccarthy.com*
Diamond McCarthy, LLP
909 Fannin, 37th Floor
Houston, TX 77010

                                              */s/ Richard L. Fuqua*
                                              Richard L. Fuqua

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HL BUILDERS, LLC f/k/a | § | Case No. 19-32825 |
| | § | |
| Alleged Debtor | § | (Involuntary Chapter 11) |

## Fee Application Summary

| | Beginning of Period | End of Period |
|---|---|---|
| Name of Applicant: | FUQUA & ASSOCIATES, PC | |
| Applicant's Role in Case: | Target Debtor's Counsel | |
| Indicate whether this is an interim or final application: | N/A | |
| Date Order of Employment Signed: | N/A | |
| Time period covered by this application: | 5/20/2019 | 10/14/2019 |
| Time period(s) covered by any prior applications: | N/A | N/A |
| Total amounts awarded in all prior applications: | | N/A |
| Amount of retainer received in this case: | | N/A |
| Total fees applied for in this application and in all prior applications (including any retainer amounts to be applied): | | $97,333.50 |
| Total professional fees requested in this application: | | $96,307.50 |
| Total professional hours covered by this application: | | 227.40 |
| Average hourly rate for professionals: | | $425.00 |
| Total paraprofessional fees requested in this application | | $1,026.00 |
| Total actual paraprofessional hours covered by this application: | | 10.80 |
| Average hourly rate for paraprofessionals: | | $95.00 |
| Reimbursable expenses sought in this application: | | $2,809.35` |
| Application Cost | | $2,000.00 |
| Total to be paid to Priority Unsecured Creditors: | | N/A |
| Anticipated % Dividend to Priority Unsecured Creditors | | N/A |
| Total to be paid to General Unsecured Creditors | | N/A |
| Anticipated % Dividend to General Unsecured Creditors | | N/A |
| Date of Confirmation Hearing | | N/A |
| Indicate whether the plan has been confirmed | | N/A |

**Target Debtor Fee Application**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HL BUILDERS, LLC f/k/a | § | CASE NO. 19-32825 |
| CD HOMES, LLC, | § | |
| | § | (Involuntary Chapter 11) |
| ALLEGED DEBTOR | § | |

## APPLICATION FOR ATTORNEY'S FEES AND COSTS
## UPON DISMISSAL OF INVOLUNTARY PETITION
## PURSUANT TO 11 U.S.C. § 303(i)(1)

TO THE HONORABLE EDUARDO V. RODRIGUEZ,
UNITED STATES BANKRUPTCY JUDGE:

Come now, HL Builders, LLC f/k/a CD Homes, LLC, the Target Debtor herein (the *"Target Debtor"*) and Fuqua & Associates, P.C. as attorney for Target Debtor and file this Application for Attorney's Fees and Costs Upon Dismissal of Involuntary Petition pursuant to 11 U.S.C. § 303(i)(1), and in support thereof, would respectfully show this Court as follows:

1.      On May 20, 2019 (the *"Petition Date"*), HouTex Builders, LLC (*"HouTex"*), 2203 Looscan Lane, LLC (*"Looscan Lane"*), and 415 Shadywood, LLC (*"Shadywood"*), (collectively, *"Petitioning Creditors"*) filed an involuntary petition against the Target Debtor. The involuntary petition was subsequently amended on July 11, 2019 and was the live pleading before the Court at the time of trial (the *"Amended Involuntary Petition"*) commencing on July 16, 2019 and concluding on August 21, 2019.

2.      For the reasons stated in the Court's Memorandum Opinion on February 18, 2020 *[Dkt. 52]* (the *"Memorandum Opinion"*), Petitioning Creditors did not have standing to file the Amended Involuntary Petition.

HLB-004

3.      Because there was neither consent of the parties nor any waiver by Target Debtor, Target Debtor and its attorneys file this application for payment of its reasonable and necessary attorney's fees and costs to Fuqua & Associates, P.C. pursuant to § 303(i)(1).

4.      The Amended Involuntary Petition was dismissed on February 18, 2020 *[Dkt. 53]* and this Application is timely filed within thirty (30) days thereafter.

<u>Compensation Requested</u>

5.      This Application covers the period from the Petition Date through October 14, 2019.

6.      Pursuant to Section 330(i)(l) of the Bankruptcy Code, Fuqua & Associates, P.C., as Target Debtor's attorneys, seek to recover from the Petitioning Creditors the reasonable and necessary attorney's fees and costs incurred by Fuqua & Associates, P.C. in its representation of Target Debtor with respect to defending Target Debtor from the filing of the Involuntary Petition and the Amended Involuntary Petition.  Attached to this Application as *Exhibit "A"* is a summary of billing entries and/or invoices detailing the services rendered and the expenses incurred by Applicant in defending the Target Debtor from the Involuntary Petition.

7.      Applicant has made every effort to ensure that this Application complies with the Local Rules for the Southern District of Texas, Section 330 of the Bankruptcy Code, the Bankruptcy Rules, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 (the *"Trustee Guidelines"*), including the use of project codes.

8.      The purpose of the billing categories is to better inform the Petitioning Creditors, the Court, and the United States Trustee's office of the nature of the services provided and time expended by Applicant's professionals for purposes of complying with the "Lodestar" factors

-2-

required for fees requested in this Court.

9.      Applicant has made every effort to avoid unnecessary duplication of effort between its attorneys and paralegals as well as other professionals retained in this case. The average hourly rate of professionals working on this case is $425.00 per hour and the average hourly rate of paraprofessionals working on this case is $95.00 per hour.

## Summary of Fees

10.      Set out below are summary breakdowns of fees billed by Applicant as counsel to the Target Debtor:

| NAME | HOURS | HOURLY RATE | FEES BILLED | TOTAL FEES |
|---|---|---|---|---|
| Richard L. Fuqua | 111.45 | $500.00 | $55,725.00 | |
| Mary Ann Bartee | 115.95 | $350.00 | $40,582.50 | |
| T.J. O'Dowd | 10.80 | $95.00 | $1,026.00 | |
| | | | | |
| TOTALS | 238.20 | | | $97,333.50 |
| | | | | |

11.      Not included in the chart above and not included in the attached billing summary are fees in the amount of $2,000.00 for preparation of this Application.

## Professional Services Rendered

12.      Set forth below is a summary description of the services rendered by each professional, the results obtained, and the necessity and benefit for the Target Debtor. The specific tasks undertaken by Applicant, the number of hours devoted, and the amounts charged by each professional or paraprofessional are also set forth below, and are detailed in the work records attached as *Exhibit "A."*

-3-

HLB-006

## Pre-Trial Preparation And Trial Services

13.     In this billing category, Applicant spent 98.95 hours of professional time representing $ 44,699.00 in fees.

14.     Applicant billed time in this billing category from the Petition Date to review the Involuntary Petition, Amended Involuntary Petition and Emergency Motion to Appoint Trustee filed by Petitioning Creditors, to confer with Target Debtor, to conduct legal research, to prepare and file responses to Petitioning Creditors' pleadings, and to conduct the deposition of Petitioning Creditors' representative, Charles Foster.

15.     Applicant billed time in this billing category to review Petitioning Creditors' exhibit and witness list, to prepare Target Debtor's exhibit and witness list for trial, to confer with Target Debtor's representative, and to prepare for and attend trial on the merits in the Involuntary Proceeding.

## Post-Trial Briefing

16.     In this billing category, Applicant spent 139.25 hours of professional time representing $52,634.50 in fees.

17.     Applicant billed time in this billing category to review Petitioning Creditors' Brief in support of Filing of Involuntary Petition, to conduct legal research, review prior hearing and trial transcripts, to prepare Target Debtor's Reply Brief, to review Petitioning Creditors' Sur-Reply Brief, and to prepare Target Debtor's Sur-Reply Brief.

18.     At all times, Applicant acted at the direction of the Target Debtor in Target Debtor's reasonable business judgment and all services were provided in an effort to maximize value for the Target Debtor. At the time, these services were reasonable and necessary to refute Petitioning

-4-

Creditors' alleged standing to file the Amended Involuntary Petition by establishing credible evidence that a bona fide dispute existed as to liability and amount of the claims relied upon by Petitioning Creditors.

## Disbursements for Out-of-Pocket Expenses

19.     As set forth below, Applicant is requesting reimbursement in the amount of $2,809.35 in actual and necessary out-of-pocket expenses incurred in the rendition of professional services to the Target Debtor during the Application Period.   Applicant's expenses incurred during the Application Period can be summarized as follows:

| | |
|---|---|
| Postage | $    38.80 |
| Photocopies | $  476.75 |
| Research | $1,550.00 |
| Transcripts | $  634.80 |
| Delivery | $  109.00 |
| Total | $2,809.35 |

20.     Applicant submits that all expenses incurred were reasonable and necessary and should be allowed by the Court.

## Memorandum of Law

21.     Section 303(i) of the Bankruptcy Code provides that the court may grant judgment against Petitioning Creditors and in favor of Target Debtor for reasonable attorney's fees if the court dismisses a petition under this section other than on consent of all petitions and the debtor, and if the debtor does not waive the right to judgment under this subsection.

22.     The Court held that the parties to the Amended Involuntary Petition have neither consented to the dismissal of the Amended Involuntary Petition nor has Target Debtor waived its

-5-

HLB-008

Case 19-32825   Document 56   Filed in TXSB on 03/19/20   Page 9 of 13

right to judgment under § 303(i).  *See* Memorandum Opinion, pp. 30, 31.

23.     Further, section 330 of the Bankruptcy Code governs the allowance of compensation for professional services and reimbursement of out-of-pocket expenses incurred in the rendering of services.  In pertinent part, section 330 provides:

. . .

(3)   In determining the amount of reasonable compensation to be awarded . . .  the Court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a).

24.     Bankruptcy Courts in the Fifth Circuit also consider the guidelines set out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), to determine requests for fees under Bankruptcy Code section 330.

25.     The *Johnson* factors include the following: (1) time and labor required; (2) the novelty and difficulty of the questions involved; (3) the skill required to perform the professional services properly; (4) the preclusion of other employment by the professional due to acceptance of

-6-

the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *See Johnson,* 488 F.2d at 717-719.

26.     In order to evaluate services rendered to a bankruptcy estate by a debtor attorney under Bankruptcy Code section 330, a court must decide whether such services were necessary and reasonable at the time such services were rendered, the value of such services, and the cost of comparable services in non-bankruptcy matters.

27.     Determining what constitutes reasonable compensation is soundly within the discretion of the Bankruptcy Court, because it is in the best position to determine the reasonableness of a proposed fee. *See In re Anderson,* 936 F.2d 199, 204 (5th Cir. 1991). In determining whether Applicant has met its burden of proof of Bankruptcy Code Section 330(a), the Court must first ascertain the nature and extent of the necessary and appropriate services which Applicant has rendered and then assess the reasonable value of those services. *In re Lawler,* 807 F.2d 1207, 1210-11 (5th Cir. 1987).

28.     As demonstrated below, Applicant has met its burden under section 330 of the Bankruptcy Code. The Court should award the Target Debtor's attorneys reasonable and necessary attorney's fees and costs incurred with respect to the Petitioning Creditors' inappropriate filing of the Involuntary Petition and the Amended Involuntary Petition.

HLB-010

A. <u>Time and Labor Expended</u>

29.    This involuntary case has required significant professional time and attention since the Petition Date. From May 20, 2019 through October 14, 2019, Applicant's professionals provided 238.20 hours of professional and paraprofessional legal services to the Target Debtor. Applicant's time records are recorded substantially contemporaneously with the rendition of services and set forth the time expended by each billing professional on a daily basis.

30.    Applicant is cognizant of the costs of legal services and has taken care to ensure that partners did not perform services that could have been performed by associates and attorneys did not perform services that could have been performed by paralegals in order to avoid duplication of effort. Applicant represents that time expended is commensurate with the services of other law firms representing chapter 11 target debtors in similar situation as the Target Debtor in this case. Applicant reasonably expended time in order to adequately protect the Target Debtor in this case.

B. <u>Novelty and Difficulty of the Case</u>

31.    Applicant's representation of Target Debtor has required an advanced level of skill and understanding of the issues presented in the involuntary proceeding together with a comprehensive knowledge of commercial litigation, federal and state law, the Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Bankruptcy Procedure, and the local rules of this Court.

C. <u>Reputation of Attorneys</u>

32.    Applicant's attorneys enjoy a well-respected reputation for their abilities in the fields of debtor representation, creditors' rights and complex commercial litigation. Applicant's

-8-

professionals have extensive experience representing debtors, fiduciaries and other parties in bankruptcy cases and extensive litigation experience in federal courts.

### D. Skill Required

33.     This case has required Applicant to exercise an advanced level of skill in advising the Target Debtor on the matters for which Applicant was engaged; namely, to oppose entry of an order for relief with respect to the Amended Involuntary Petition pursued by Petitioning Creditors. Applicant has staffed all matters with able and accomplished personnel, while delegating tasks where appropriate. Because of the nature of the legal issues and complexity of facts, a high degree of skill was necessary to adequately represent the interests of the Target Debtor.

### E. Preclusion of Other Employment

34.     The dedication of time required by this case did not preclude other employment by the attorneys involved in this case. However, the representation of the Target Debtor required significant time commitment by Applicant.

### F. Results Obtained

35.     Applicant's legal services were reasonable and necessary to prevent entry of an order for relief against Target Debtor in the involuntary proceeding. Applicant's legal services successfully achieved the dismissal of the Amended Involuntary Petition.

### G. Imposed Time Limitations

36.     Applicant believes that it has successfully handled the time limitations imposed under the involuntary proceeding and enabled the case to progress in an efficient manner given the circumstances and extent of the issues involved in this case.

HLB-012

**H.  Customary Fee for the Services Rendered**

37.     The time and effort required by Applicant to adequately and successfully represent the Target Debtor as counsel and the complexities of the representation have been described in this Application.  If this were not a case under the Bankruptcy Code, Applicant would charge the Target Debtor, and expect to receive on a current basis, an amount at least equal to the amounts requested herein for professional services.  Moreover, the fees and rates charged are the same or lower than (a) fees and rates charged by comparable law firms in the Southern District of Texas; and (b) fees charged by Applicant for work performed by attorneys of commensurate experience in commercial litigation, bankruptcy and other fields of law throughout the country.

**I.  Fixed or Contingent Fee**

38.     Applicant's fee expectation upon accepting this representation was that it would receive compensation for professional services rendered at its usual and customary hourly rates for bankruptcy cases, and in any event such fees would be subject to Bankruptcy Court approval.  There was question about the Target Debtor's ability to pay the fees and expenses required to defend the involuntary case.  Additionally, the Petitioning Creditors are all Chapter 11 Debtors who are liquidating.  The foregoing observations were less than desirable circumstances surrounding and accompanying the representation of the Target Debtor.

**J.  Awards in Similar Cases**

39.     The compensation sought by Applicant in this case, the hourly rates charged and Applicant's average hourly billing rates are less than those sought by professionals in this and other cases of similar size and complexity in this District.

*-10-*

HLB-013

## K. The Undesirability of This Case

40.     The nature of this involuntary case, its relationship with the existing chapter 11 proceedings involving Petitioning Creditors, and the contentious history between the respective parties cause this case to be somewhat undesirable.

## Conclusion

41.     Applicant's services were reasonable and necessary to defend Target Debtor against the Amended Involuntary Petition, avoid an entry of relief, and achieve dismissal for lack of Petitioning Creditors' standing to initiate the involuntary proceeding against Target Debtor. Applicant respectfully requests that the Court: (i) allow a minimum amount of $97,333.50 for 238.20 hours of professional and paraprofessional time for services rendered to Target Debtor during the Application Period; (ii) allow the actual and necessary out-of-pocket expenses incurred during the representation in the amount of $2,809.35; (iii) authorize compensation for professional and paraprofessional services for preparation of this Application in the amount of $2,000.00; and (iv) classify the attorney's fees and costs awarded to Target Debtor's attorneys herein as a Priority Administrative Claim in the Petitioning Creditors' pending bankruptcy proceedings.

WHEREFORE, PREMISES CONSIDERED, Applicant, as Target Debtor's attorneys, pray that the Court award reasonable and necessary attorney's fees and costs to Target Debtor's attorneys against Petitioning Creditors upon dismissal of the Amended Involuntary Petition pursuant to 11 U.S.C. § 303(i)(l) in the minimum cumulative amount of $102,142.85, that such award be classified as a Priority Administrative Claim in the Petitioning Creditors' pending bankruptcy proceeding, and for such other relief as is just and proper.

*-11-*

HLB-014

Dated: March 19, 2020

Respectfully submitted,

FUQUA & ASSOCIATES, PC

BY:     /s/ Richard L. Fuqua
           Richard L. Fuqua
           State Bar No. 07552300
           8558 Katy Freeway, Suite 119
           Houston, TX 77024
           (713) 960-0277   Telephone
           (713) 960-1064   Facsimile
           rlfuqua@fuqualegal.com
           Counsel for Target Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded by email on March 19, 2020 to the party listed below and by electronic service to all parties eligible to receive notice via the Court's ECF system.

Charles M. Rubio
Diamond McCarthy LLP
909 Fannin, Suite 3700
Houston, TX 77010
Email:  crubio@diamondmccarthy.com

/s/ Richard L. Fuqua
Richard L. Fuqua

-12-

EXHIBIT A

SUMMARY OF BILLING ENTRIES

HLB-016

FUQUA & ASSOCIATES, P.C.
8558 KATY FREEWAY
SUITE 119
HOUSTON, TX 77024

Invoice submitted to:
CD HOMES LLC
2402 ELMEN
HOUSTON, TX 77019

March 18, 2020

Professional Services

|  | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| | HL Involuntary | | | |
| 5/21/2019 | REVIEW THE INVOLUNTARY BANKRUPTCY PETITION AND VARIOUS MOTIONS; TELECONFERENCE WITH BOB AND ANNA REGARDING THE INVOLUNTARY BANKRUPTCY PETITION | 3.00 500.00/hr | RLF | 1,500.00 |
| 5/22/2019 | REVIEW FILES ON INVOLUNTARY BANKRUPTCY; DICTATE LETTER TO RUBIO | 0.75 500.00/hr | RLF | 375.00 |
| 5/24/2019 | CONFERENCE WITH JOHN MCFARLAND REGARDING POTENTIAL DAMAGE LITIGATION | 2.00 500.00/hr | RLF | 1,000.00 |
| | BEGIN REVIEW OF BOB'S COMMENTS REGARDING THE TRUSTEE'S MOTION | 2.00 500.00/hr | RLF | 1,000.00 |
| 5/29/2019 | TELECONFERENCES WITH BOB AND ANNA REGARDING THE EFFECTS OF AN INVOLUNTARY BANKRUPTCY | 0.50 500.00/hr | RLF | 250.00 |
| 6/5/2019 | REVIEW RLF'S NOTES TO DOCKET ENTRIES REGARDING HEARING TRANSCRIPTS; PREPARATION OF HEARING TRANSCRIPT ORDERS AND FORWARD SAME TO COURT; | 1.00 95.00/hr | TJO | 95.00 |
| 6/6/2019 | CONFERENCE WITH BOB, ANNA AND JOHN MCFARLAND REGARDING LITIGATION PERTAINING TO THE INVOLUNTARY BANKRUPTCY | 2.00 500.00/hr | RLF | 1,000.00 |
| 6/8/2019 | WORK ON RESPONSE TO CHARLES RUBIO'S PLEADINGS | 2.50 500.00/hr | RLF | 1,250.00 |
| 6/9/2019 | CONTINUED PREPARATION OF RESPONSES TO MOTIONS AND PETITION | 3.00 500.00/hr | RLF | 1,500.00 |
| 6/10/2019 | EDIT RESPONSES TO MOTION TO CONSOLIDATE | 1.00 500.00/hr | RLF | 500.00 |
| 6/11/2019 | CONFERENCE WITH BOB PARKER REGARDING RESPONSES; WORK ON RESPONSES TO MOTION; TELECONFERENCE WITH CHARLES RUBIO REGARDING RESPONSES AND NEED FOR A HEARING | 2.50 500.00/hr | RLF | 1,250.00 |
| 6/18/2019 | OFFICE CONFERENCE WITH BOB PARKER REGARDING DEFENDING THE INVOLUNTARY; | 1.00 500.00/hr | RLF | 500.00 |

HLB-017

Page    2

CD HOMES LLC

| Date | Description | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 6/24/2019 | BEGIN REVIEW OF FOSTER PRIOR TESTIMONY | 1.00 500.00/hr | RLF | 500.00 |
| 6/25/2019 | TELECONFERENCE WITH BOB PARKER REGARDING EVIDENTIARY SUPPORT REGARDING THE INVOLUNTARY; RESEARCH CASE LAW; | 3.00 500.00/hr | RLF | 1,500.00 |
| 6/28/2019 | CONFER WITH RICHARD FUQUA REGARDING DEPOSITION OF PETITIONING CREDITORS; PREPARE NOTICE OF DEPOSITION OF PETITION CREDITORS REPRESENTATIVE WITH DOCUMENT REQUEST | 1.00 350.00/hr | MAB | 350.00 |
| 6/29/2019 | REVIEW DOCUMENTS; REVIEW PRIOR BOB PARKER TESTIMONY; TELECONFERENCE WITH JOHN MCFARLAND REGARDING THE COURT'S PRIOR ORDER | 1.00 500.00/hr | RLF | 500.00 |
| 7/1/2019 | OFFICE CONFERENCE WITH BOB PARKER TO DISCUSS THE INVOLUNTARY AND THE ISSUES TO BE ADDRESSED | 2.00 500.00/hr | RLF | 1,000.00 |
| 7/2/2019 | REVIEW INFORMATION FROM BOB REGARDING DEFENSE | 1.00 500.00/hr | RLF | 500.00 |
| 7/3/2019 | CONFIRM CHARLES FOSTER'S DEPOSITION | 0.20 500.00/hr | RLF | 100.00 |
| | TELEPHONE CONFERENCE WITH CINDY AT WORLDWIDE COURT REPORTERS REGARDING DEPOSITION OF CHARLES FOSTER SCHEDULED FOR JULY 9, 2019; PREPARATION OF AMENDED NOTICE OF DEPOSITION OF CHARLES FOSTER; | 0.40 95.00/hr | TJO | 38.00 |
| 7/4/2019 | BEGIN PREPARATIONS FOR THE INVOLUNTARY TRIAL | 1.00 500.00/hr | RLF | 500.00 |
| 7/5/2019 | CONFERENCE WITH BOB REGARDING TRIAL ISSUES AND INFORMATION NECESSARY FOR TRIAL | 2.00 500.00/hr | RLF | 1,000.00 |
| 7/6/2019 | BEGIN READING THE CHARLES FOSTER TRANSCRIPT | 1.00 500.00/hr | RLF | 500.00 |
| 7/8/2019 | TELECONFERENCE WITH BOB REGARDING PREPARATION FOR THE FOSTER DEPOSITION; REVIEW MY NOTES WITH BOB FOR APPROACH TO FOSTER DEPOSITION | 1.50 500.00/hr | RLF | 750.00 |
| 7/9/2019 | CONFER WITH RICHARD FUQUA REGARDING INVOLUNTARY BANKRUPTCY REQUIREMENTS | 0.50 350.00/hr | MAB | 175.00 |
| | LEGAL RESEARCH REGARDING INVOLUNTARY BANKRUPTCY REQUIREMENTS | 1.50 350.00/hr | MAB | 525.00 |
| | CONFERENCE WITH BOB PRE-DEPOSITION OF CHARLES FOSTER; ATTEND DEPOSITION OF CHARLES FOSTER | 5.00 500.00/hr | RLF | 2,500.00 |
| 7/10/2019 | TELECONFERENCE WITH BOB REGARDING HIS THOUGHTS AFTER THE FOSTER DEPOSITION AND DISCUSSING THE UPCOMING TRIAL | 1.50 500.00/hr | RLF | 750.00 |
| | PREPARATION OF WITNESS AND EXHIBIT LIST FOR JULY 16TH HEARING ON INVOLUNTARY; REVIEW JUDGE'S CALENDAR FOR JULY 16TH AND UPDATE FILE | 0.50 95.00/hr | TJO | 47.50 |
| 7/11/2019 | EMAIL COPIES OF WITNESS & EXHIBIT LIST AND EXHIBITS TO BOB PARKER FOR REVIEW; TELEPHONE CONFERENCES WITH BOB PARKER REGARDING EXHIBITS FOR EVIDENTIARY HEARING ON INVOLUNTARY; | 0.50 95.00/hr | TJO | 47.50 |
| | REVISE WITNESS AND EXHIBIT LIST; REVIEW PROOFS OF CLAIM FILED BY CD HOMES, LLC IN HOUTEX, SHADYWOOD AND LOOSCAN LANE CHPT 11 CASES; | 0.70 95.00/hr | TJO | 66.50 |
| 7/12/2019 | REQUEST FOR AND BEGIN REVIEW OF PETITIONING CREDITORS TRIAL EXHIBITS | 1.50 500.00/hr | RLF | 750.00 |

Page    3

CD HOMES LLC

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 7/12/2019 | ASSEMBLE EXHIBITS AND E-FILE WITNESS & EXHIBIT LIST WITH COURT; AND FORWARD COPIES OF SAME TOGETHER WITH EXHIBITS TO COUNSEL FOR PETITIONING CREDITORS; | 2.00 95.00/hr | TJO | 190.00 |
| 7/15/2019 | CONFERENCE WITH BOB PARKER REGARDING THE PREPARATION FOR TRIAL | 1.50 500.00/hr | RLF | 750.00 |
| | TRIAL PREPARATION, COMPILE AND REVIEW EXHIBITS, REVIEW PLEADINGS, ANALYZE VARIOUS APPROACHES | 4.00 500.00/hr | RLF | 2,000.00 |
| | COPY EXHIBITS AND PREPARATION OF EXHIBIT BOOKS FOR 7/16/19 HEARING ON INVOLUNTARY; | 1.50 95.00/hr | TJO | 142.50 |
| 7/16/2019 | SEARCH HARRIS COUNTY DISTRICT CLERK AND HARRIS COUNTY CLERK WEBSITES REGARDING POTENTIAL LITIGATION INSTITUTED BY CHARLES FOSTER AGAINST ROBERT PARKER AND CD HOMES | 1.30 350.00/hr | MAB | 455.00 |
| | ATTEND TRIAL ON THE INVOLUNTARY BANKRUPTCY PETITION | 6.00 500.00/hr | RLF | 3,000.00 |
| 7/17/2019 | REVIEW JUDGE RODRIGUEZ'S PROCEDURES FOR DELIVERY OF HL BUILDERS EXHIBITS FROM JULY 16, 2019 HEARING; PREPARATION OF CD CONTAINING EXHIBITS AND LETTER TO CASE MANAGER REGARDING SAME; | 1.00 95.00/hr | TJO | 95.00 |
| 7/19/2019 | CONFERENCE WITH BOB, ANNA AND JOHN MCFARLAND REGARDING OUR DEFENSE OF THE INVOLUNTARY PETITION; REQUESTS TO RECOVER DAMAGES FROM THE INVOLUNTARY PARTIES IF WE WIN | 3.00 500.00/hr | RLF | 1,500.00 |
| 7/25/2019 | TELEPHONE CONFERENCE WITH COURT'S CASE MANAGER AND FORWARD BY EMAIL HL BUILDERS EXHIBITS FROM 7/16/19 HEARING; | 0.30 95.00/hr | TJO | 28.50 |
| | PREPARATION OF TRANSCRIPT ORDER REGARDING JULY 16, 2019 HEARING; FORWARD SAME TO COURT; | 0.30 95.00/hr | TJO | 28.50 |
| 7/29/2019 | TELECONFERENCE WITH BOB REGARDING THE NEXT STEPS IN THE INVOLUNTARY CASE | 0.50 500.00/hr | RLF | 250.00 |
| 8/1/2019 | BEGIN WORK ON THE FORMAT FOR RESUMED TRIAL | 0.50 500.00/hr | RLF | 250.00 |
| 8/12/2019 | TELECONFERENCE WITH BOB REGARDING UPCOMING HEARING; BEGIN PREPARATION FOR HEARING; READ ALL CHARLES FOSTER TRANSCRIPTS | 3.00 500.00/hr | RLF | 1,500.00 |
| 8/13/2019 | FINISH REVIEW OF PRIOR INVOLUNTARY HEARING RECORD; CONFERENCE WITH BOB REGARDING OUR APPROACH GOING FORWARD AND ADDRESS OPEN ISSUES; BEGIN PREPARING BOB AS A WITNESS | 3.50 500.00/hr | RLF | 1,750.00 |
| 8/14/2019 | PREPARE FOR THE INVOLUNTARY TRIAL | 4.00 500.00/hr | RLF | 2,000.00 |
| 8/15/2019 | ATTEND TRIAL | 6.00 500.00/hr | RLF | 3,000.00 |
| | REVIEW COURTROOM MINUTES OF 8/15/19 HEARING; CALENDAR RESUMED HEARING DATE FOR 8/20/19; | 0.20 95.00/hr | TJO | 19.00 |
| | PREPARATION OF DAILY TRANSCRIPT ORDER REGARDING 8/15/19 HEARING ON INVOLUNTARY; SUBMISSION OF SAME TO COURT CLERK FOR DOCKETING AND FORWARDING TO TRANSCRIPTION SERVICE; | 0.30 95.00/hr | TJO | 28.50 |
| 8/16/2019 | TELEPHONE CONFERENCE WITH BOB PARKER REGARDING TRANSCRIPT; REVIEW COURT DOCKET REGARDING SAME; | 0.20 95.00/hr | TJO | 19.00 |

HLB-019

CD HOMES LLC

Page     4

| Date | Description | | Hrs/Rate | | Amount |
|------|-------------|---|----------|---|--------|
| 8/17/2019 | PULL EXHIBITS AND BEGIN PREPARING FOR HEARING | | 1.50 500.00/hr | RLF | 750.00 |
| | PREPARATION OF EMAIL TO TRANSCRIPTION SERVICE REGARDING STATUS OF TRANSCRIPT ORDER; | | 0.20 95.00/hr | TJO | 19.00 |
| 8/19/2019 | OFFICE CONFERENCE WITH BOB REGARDING PREPARING FOR HEARING | | 1.00 500.00/hr | RLF | 500.00 |
| | TELEPHONE CONFERENCE WITH DION AT VERITEXT TRANSCRIPTION SERVICE REGARDING STATUS OF TRANSCRIPT; TELEPHONE CONFERENCE WITH BOB PARKER REGARDING SAME; FORWARD EMAIL FROM VERITEXT TO RLF AND BOB PARKER REGARDING ESTIMATED TIME OF COMPLETION; | | 0.30 95.00/hr | TJO | 28.50 |
| 8/20/2019 | OFFICE CONFERENCE WITH BOB TO PREPARE FOR CONTINUED INVOLUNTARY TRIAL; ATTEND TRIAL | | 8.00 500.00/hr | RLF | 4,000.00 |
| | PREPARATION OF EXHIBIT LIST AND COPY EXHIBITS FOR 8/20/19 HEARING ON INVOLUNTARY; | | 0.80 95.00/hr | TJO | 76.00 |
| 8/21/2019 | REVIEW COURTROOM MINUTES FROM 8/20/19 HEARING AND CALENDAR BRIEFING DEADLINES; | | 0.30 95.00/hr | TJO | 28.50 |
| | PREPARATION OF TRANSCRIPT ORDER OF HEARING HELD 8/20/19; UPLOAD SAME TO COURT; | | 0.30 95.00/hr | TJO | 28.50 |
| 8/30/2019 | CONFERENCE WITH M.A. BARTEE REGARDING BRIEFING ON OBJECTION TO CLAIMS | | 0.50 500.00/hr | RLF | 250.00 |
| | CONFERENCE WITH M.A. BARTEE, JOHN MCFARLAND AND BOB REGARDING BRIEFING IN THE INVOLUNTARY, ISSUES REMAINING AND PROCEEDING AGAINST PLAINTIFFS AND OTHERS | | 3.00 500.00/hr | RLF | 1,500.00 |
| 9/4/2019 | CONFER WITH RICHARD FUQUA; RESEARCH INVOLUNTARY PETITION JURISDICTIONAL REQUIREMENTS AND BURDEN OF PROOF REGARDING BAD FAITH FILING | | 1.50 350.00/hr | MAB | 525.00 |
| 9/5/2019 | CONFERENCE WITH MA BARTEE REGARDING THE BRIEF AND ISSUES | | 0.50 500.00/hr | RLF | 250.00 |
| 9/6/2019 | CONFER WITH RICHARD FUQUA; RESEARCH REGARDING STATUTE OF FRAUDS WITH RESPECT TO MODIFICATION OF HOU-TEX INVESTOR AND CONTRACTOR AGREEMENTS; RECEIPT AND REVIEW OF HOU-TEX BRIEF IN SUPPORT OF INVOLUNTARY PETITION | | 2.50 350.00/hr | MAB | 875.00 |
| | REVIEW THE BRIEF AND FORWARD TO JOHN MCFARLAND | | 1.00 500.00/hr | RLF | 500.00 |
| 9/9/2019 | RESEARCH SECTION 303 REQUIREMENTS FOR FILING INVOLUNTARY PETITION AGAINST ALLEGED DEBTOR; REVIEW TRIAL AND DEPOSITION TRANSCRIPTS FOR HEARINGS RE: HOU-TEX FILING INVOLUNTARY PETITION AGAINST CD HOMES | | 7.20 350.00/hr | MAB | 2,520.00 |
| 9/10/2019 | BEGIN PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES' BRIEF | | 5.80 350.00/hr | MAB | 2,030.00 |
| | TELECONFERENCE WITH JOHN MCFARLAND REGARDING HIS ANALYSIS OF THE BRIEFING ISSUES; WORK ON THE ISSUES FOR OUR PRELIMINARY RESPONSE | | 1.00 500.00/hr | RLF | 500.00 |
| 9/11/2019 | CONTINUED REVIEW OF AND PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES' BRIEF; REVIEW HEARING TRANSCRIPTS RE: HOU-TEX FILING INVOLUNTARY PETITION AGAINST CD HOMES | | 6.00 350.00/hr | MAB | 2,100.00 |

CD HOMES LLC

Page 5

| Date | Description | Hrs/Rate | | Amount |
|------|-------------|----------|---|--------|
| 9/12/2019 | CONTINUED REVIEW OF AND PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES' BRIEF; REVIEW HEARING TRANSCRIPTS RE: HOU-TEX FILING INVOLUNTARY PETITION AGAINST CD HOMES | 5.50 350.00/hr | MAB | 1,925.00 |
| | OFFICE CONFERENCE WITH BOB PARKER REGARDING THE BRIEF | 3.00 500.00/hr | RLF | 1,500.00 |
| 9/13/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES' BRIEF; REVIEW HEARING TRANSCRIPTS RE: HOU-TEX FILING INVOLUNTARY PETITION AGAINST CD HOMES | 7.00 350.00/hr | MAB | 2,450.00 |
| 9/16/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES' BRIEF | 4.00 350.00/hr | MAB | 1,400.00 |
| 9/17/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES' BRIEF | 5.50 350.00/hr | MAB | 1,925.00 |
| 9/18/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION; RESEARCH IN SUPPORT OF CD HOMES' BRIEF | 4.50 350.00/hr | MAB | 1,575.00 |
| | REVIEW AND EDIT THE BRIEF; CONFERENCE WITH MA BARTEE, TJ AND SHARON REGARDING THE BRIEF; TELECONFERENCE WITH BOB ABOUT THE BRIEF | 2.00 500.00/hr | RLF | 1,000.00 |
| 9/19/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 2.25 350.00/hr | MAB | 787.50 |
| | TELECONFERENCE WITH BOB REGARDING THE BRIEF; CONTINUED WORKING ON EDITING THE BRIEF | 1.50 500.00/hr | RLF | 750.00 |
| 9/20/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 3.00 350.00/hr | MAB | 1,050.00 |
| | OFFICE CONFERENCE WITH BOB REGARDING THE BRIEF; REWORK THE BRIEF | 3.00 500.00/hr | RLF | 1,500.00 |
| 9/21/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 3.50 350.00/hr | MAB | 1,225.00 |
| 9/23/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION AND PREPARE FINDINGS OF FACT AND CONCLUSIONS OF LAW | 6.70 350.00/hr | MAB | 2,345.00 |
| | REVIEW AND COMMENT ON THE BRIEF | 1.00 500.00/hr | RLF | 500.00 |
| 9/24/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION AND FINDINGS OF FACT AND CONCLUSIONS OF LAW | 3.50 350.00/hr | MAB | 1,225.00 |

HLB-021

CD HOMES LLC

Page      6

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 9/25/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION AND FINDINGS OF FACT AND CONCLUSIONS OF LAW | 1.50 350.00/hr | MAB | 525.00 |
| 9/26/2019 | TELECONFERENCE WITH BOB; READ THE BRIEF AND FINDINGS OF FACT; EDIT BRIEF AND FINDINGS OF FACT; CONFERENCE WITH MA BARTEE REGARDING THE BRIEF | 2.00 500.00/hr | RLF | 1,000.00 |
| 9/27/2019 | OFFICE CONFERENCE WITH MA BARTEE AND BOB REGARDING THE BRIEF AND THE FINDINGS OF FACT | 1.00 500.00/hr | RLF | 500.00 |
| 9/28/2019 | CONTINUED PREPARATION OF CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION AND FINDINGS OF FACT AND CONCLUSIONS OF LAW | 4.00 350.00/hr | MAB | 1,400.00 |
| | REVIEW AND EDIT THE BRIEF AND FINDINGS OF FACT | 1.50 500.00/hr | RLF | 750.00 |
| 9/30/2019 | PREPARATION OF FINALIZING AND FILING CD HOMES' BRIEF IN RESPONSE TO PETITIONING CREDITORS' BRIEF IN SUPPORT OF INVOLUNTARY PETITION AND FINDINGS OF FACT AND CONCLUSIONS OF LAW | 3.50 350.00/hr | MAB | 1,225.00 |
| | FINISH BRIEF AND FINDINGS OF FACT | 1.50 500.00/hr | RLF | 750.00 |
| 10/7/2019 | REVIEW HOUTEX BUILDERS' SUR-REPLY BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 0.70 350.00/hr | MAB | 245.00 |
| | READ THE SUR REPLY | 1.00 500.00/hr | RLF | 500.00 |
| 10/8/2019 | PREPARE CD HOMES' SUR-REPLY BRIEF IN RESPONSE TO PETITIONING CREDITORS' SUR-REPLY BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 5.30 350.00/hr | MAB | 1,855.00 |
| | TELECONFERENCE WITH BOB REGARDING THE SUR REPLY ISSUES | 0.50 500.00/hr | RLF | 250.00 |
| 10/9/2019 | CONTINUED PREPARATION OF  CD HOMES' SUR-REPLY BRIEF IN RESPONSE TO PETITIONING CREDITORS' SUR-REPLY BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 7.20 350.00/hr | MAB | 2,520.00 |
| 10/10/2019 | CONTINUED PREPARATION OF CD HOMES' SUR-REPLY BRIEF IN RESPONSE TO PETITIONING CREDITORS' SUR-REPLY BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 6.70 350.00/hr | MAB | 2,345.00 |
| | REVIEW, EDIT AND REWRITE THE SUR REPLY | 1.00 500.00/hr | RLF | 500.00 |
| 10/11/2019 | CONTINUED PREPARATION OF CD HOMES' SUR-REPLY BRIEF IN RESPONSE TO PETITIONING CREDITORS' SUR-REPLY BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 6.50 350.00/hr | MAB | 2,275.00 |
| | READ AND APPROVE THE SUR REPLY DRAFT | 1.00 500.00/hr | RLF | 500.00 |
| 10/14/2019 | ATTENTION TO CD HOMES' SUR-REPLY BRIEF IN RESPONSE TO PETITIONING CREDITORS' SUR-REPLY BRIEF IN SUPPORT OF INVOLUNTARY PETITION | 7.80 350.00/hr | MAB | 2,730.00 |
| | CONFERENCE WITH MAB REGARDING ADDITIONAL SUR REPLY ADDITIONS | 1.00 500.00/hr | RLF | 500.00 |
| | SUBTOTAL: | [      238.20 | | 97,333.50] |

CD HOMES LLC

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 238.20 | $97,333.50 |
|  |  | Amount |
| For professional services rendered | 238.20 | $97,333.50 |

**Expenses:**

| Delivery | Photo Copies | Postage | Research | Transcripts | Total Expenses |
|---|---|---|---|---|---|
| $109.00 | $476.75 | $38.80 | $1,550.00 | $634.80 | $2,809.35 |

HLB-024

PERSONAL INFORMATION

<u>RICHARD LEE FUQUA, II</u>

Address:              8558 Katy Freeway, Suite 119, Houston, Texas 77024
Telephone:            (713) 960-0277
Date of Birth:        September 21, 1948

Education:            Rice University (B.A., 1970)
                      University of Houston (J.D., 1973)
                      Admitted to State Bar of Texas (1973)

Honors and
Activities:           Recipient of Bob Quinn Award, Rice University;
                      Honorable Mention All-NCAA baseball team;
                      Chief Justice Rice University, Who's Who in
                      American Colleges and Universities.

Professional
Associations:         Member of American Bar Association, Federal Bar Association, Bar Association
                      of the 5th Circuit, State Bar of Texas, Texas Bar Foundation,  and Houston Bar
                      Association; admitted to practice in the United States District Courts for the
                      Southern and Western Districts of Texas, the United States 5th Circuit Court of
                      Appeals and the United States Supreme Court; member of Business Bankruptcy
                      Committee of Business Law Section of the American Bar Association; member of
                      the American Bankruptcy Institute; and past instructor at various bankruptcy related
                      seminars throughout the State of Texas.

Other
Associations:         Past member of the Administrative Board, Chapelwood United Methodist Church;
                      member of Tejas Vaqueros; life member of the 100 Club of Houston; life member
                      and Lifetime Director of Houston Livestock Show & Rodeo (past chairman of Legal
                      Advisory Committee).

Work
Experience:           President, Fuqua & Associates, PC, 45 years specializing in all aspects of
                      Bankruptcy Law (reorganizations, liquidations, secured creditor representation,
                      unsecured creditors committee representation, business law debtor/creditor
                      litigation issues).

**Curriculum Vitae of Richard Lee Fuqua**